IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
OCT 1 8 2019
Clerk, U S District Court
District Of Montana
Billings

| UNTED STATES OF THE AMERICA, | Case No. CR 18-53-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING LEAVE TO PRESENT LATE OBJECTION IN SENTENCING MEMO |
| DANIEL ELLIS PAPPAS, | |
| Defendant. | |

Counsel for the Defendant, Daniel Pappas, having filed a Motion for Leave to Present Late Objection in Sentencing Memo, and for good cause,

**IT IS HEREBY ORDERED** that the Defendant's late objection, related to a reduction in drug weight due to personal use, may be raised for the first time in the Defendant's Sentencing Memorandum, despite the Court's earlier order requiring unresolved objections to be presented to the probation officer on or before September 13, 2019.

DATED this 18th day of October 2019.

SUSAN P. WATTERS
United States District Judge

1